IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:16CR15** |
| vs. | |
| MARTESE ROLAND, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date, judgment is entered in favor of the United states and against Martese Roland. This action is dismissed.

Dated this 31st day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge